## Commonwealth *v.* Muldrow, Appellant.

Argued March 29, 1973. *Joanna K. Weinberg,* with her *Louis M. Natali, Jr.,* and *Segal, Appel & Natali,* for appellant; *Philip J. O'Malley,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

## Commonwealth *v.* Myers, Appellant.

Submitted March 19, 1973. *Richard C. Shay,* Assistant Public Defender, for appellant; *Ronald L. Buckwalter,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.